IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTION, INC.                                                    PLAINTIFF

vs.                                            4:07CV00628-WRW

DENNIS MARTINDILL, et al                                                         DEFENDANTS

## ORDER

The complaint herein was filed in this Court on July 16, 2007. Service on the defendants has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 20th day of December, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

orddism.rl4.wpd